UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

                        NO. CIV. S-11-2531 LKK/KJN

  v.

FURNITURE ONE, INC.,
et al.,                                O R D E R

    Defendants.
_____/

    Plaintiff is a person with a disability, who alleges violations of the Americans with Disabilities Act against defendants. Defendant Furniture One is a corporation. Defendant Kayvan Shahbazian is an individual and is the owner of the property where Furniture One is located.

    Plaintiff filed his complaint on September 26, 2011. On October 18, 2011, defendants filed an Answer in pro se. In the Answer, defendant Kayvan Shahbazian purports to represent himself and defendant Furniture One. Plaintiff filed a motion to strike the answer on December 7, 2011, and that motion is set for hearing on January 17, 2012. Pursuant to Eastern District Court Local Rule

230(c), the opposition or statement of non-opposition was due on January 3, 2012, fourteen days preceding the noticed hearing date. Defendants have not filed an opposition or statement of non-opposition to the motion to strike.

"A corporation may appear in federal courts only through licensed counsel." Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993). See also Taylor v. Knapp, 871 F.2d 803 (9th Cir. 1989)(The general rule, widely recognized in federal and state courts, is that a corporation can appear only through an attorney."). Defendant Furniture One, a corporation, may not appear in this court except through licensed counsel. Furniture One has therefore not properly appeared in this case.

Accordingly, the court ORDERS as follows:

[1] Plaintiff's Motion to Strike the Answer against Furniture One, Inc., ECF No. 10, is GRANTED.

[2] The hearing on the Motion to Strike, currently set for January 17, 2012 is VACATED.

[3] Defendant Furniture One, Inc., may file a responsive pleading within sixty (60) days of the issuance of this order. A failure to do so constitutes a default.

[4] Defendant is cautioned that the court will not tolerate any further non-compliance with the Local Rules of the Eastern District of California. Failure of counsel or of a party to comply with the Local Rules or with any order of the Court may be grounds for the imposition of sanctions, including monetary sanctions or

1        judgment in favor of plaintiff.
2        [5]   The status conference currently set for February 6,
3        2012 is CONTINUED to April 16, 2012 at 10:00 a.m.
4   IT IS SO ORDERED.
5   DATED:   January 10, 2012.

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```